IRVING NATIONAL BANK et al., Appellants, *v.* LYDIA B. GRAY et al., Respondents.

*Irving National Bank* v. *Gray*, 174 App. Div. 29, appeal dismissed.
(Argued November 21, 1918; decided December 10, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 21, 1916, unanimously affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at Special Term. Plaintiffs brought this action as judgment creditors of defendant Olin D. Gray against him, his wife and the Gray Realty and Development Company to impress a trust upon certain real property standing in the name of Gray's wife and the realty company for which it is alleged the judgment debtor furnished the consideration and purchase money, though prior to the time when the plaintiffs became creditors of Gray. At the opening of the trial the court granted a motion to dismiss the complaint on the ground that it failed to state facts constituting a cause of action.

*I. Maurice Wormser, I. Gainsburg* and *Saul Gordon* for appellants.

*William W. Pellet* and *James S. Lehmaier* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CAR-
DOZO, POUND, CRANE and ANDREWS, JJ.